**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2282**

———————

ROBERT CARLYLE BERRETT,

                              Plaintiff - Appellant,

     versus

GRACE INEZ ELMO,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-98-1428-DKC)

———————

Submitted: April 20, 2001            Decided: May 1, 2001

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Carlyle Berrett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Carlyle Berrett appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and agree that there is no subject matter jurisdiction. Accordingly, we affirm on the reasoning of the district court. See Berrett v. Elmo, No. CA-98-1428-DKC (D. Md. Sept. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED